Luther DAWSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 33602.

Missouri Court of Appeals, Western District.

Dec. 14, 1982.

Mary Joe Smith, Columbia, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and WASSERSTROM and KENNEDY, JJ.

PER CURIAM:

ORDER

Appeal from judgment denying post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).